1  Joshua M. Masur (Cal. Bar No. 203510)
      *masur@turnerboyd.com*
2  TURNER BOYD LLP
   702 Marshall Street
3  Suite 640
   Redwood City, California 94063
4  Phone: (650) 521-5930
   Fax:    (650) 521-5931
5
6  Attorneys for Defendant
   TELENAV, INC.
7
8                  **UNITED STATES DISTRICT COURT**
9                  **NORTHERN DISTRICT OF CALIFORNIA**
10                 **SAN JOSE DIVISION**

11 | NATHAN GERGETZ, individually and on behalf of all others similarly situated, | Case No.: 5:16−cv−4261−BLF |
12 | | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
13 | *Plaintiff,* | |
14 | v. | Civ. L.R. 6-1(a) |
15 | TELENAV, INC., a Delaware corporation, | |
16 | *Defendant.* | |

20     Pursuant to Civil Local Rule 6-1(a), Plaintiff Nathan Gergetz and Defendant Telenav,
21 Inc., hereby stipulate to extend the time within which Telenav shall answer or otherwise respond
22 to the Complaint by twenty-one days, from October 17, 2016 to November 7, 2016, to permit the
23 / /
24 / /
25 / /
26 / /
27 / /
28 / /

1  parties to discuss potential resolution of this matter. The stipulated extension will not alter the
2  date of any event or any deadline already fixed by Court order.

3

4   Dated: October 10, 2016                    Respectfully Submitted,

5
6                                              /s/ *Steven L. Woodrow*
                                               Steven L. Woodrow
                                               WOODROW & PELUSO, LLC
7
                                               *Attorneys for Plaintiff*
8
                                               NATHAN GERGETZ
9

10                                             /s/ *Joshua M. Masur*
                                               Joshua M. Masur
11                                             TURNER BOYD LLP

12                                             *Attorneys for Defendant*

13                                             TELENAV, INC.

14

15  Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document hereby attests that concurrence in the filing of the document has been obtained from each of the other Signatories.

16                                             */s/ Joshua M. Masur*
                                               Joshua M. Masur
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING TIME                    2                     Case No.: 5:16−cv−4261−BLF
TO RESPOND TO COMPLAINT