PETER C. HOLM, State Bar No. 299233
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1 Market Street
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
pholm@wsgr.com

Attorneys for Defendant
TELENAV, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN GERGETZ, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br>TELENAV, INC., a Delaware corporation<br><br>　　　　　Defendant. | CASE NO.: 5:16-cv-4261-BLF<br><br>**DEFENANT TELENAV, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

## DISCLOSURE STAEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Telenav, Inc. certifies through the undersigned counsel that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: October 27, 2016

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Peter C. Holm*
        PETER C. HOLM

Attorneys for Defendant
TELENAV, INC.