UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN GERGETZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　v.<br>TELENAV, INC., a Delaware corporation<br><br>　　　　　　Defendant. | CASE NO.:  5:16-cv-4261-BLF<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CHANGE TIME REGARDING RESPONSE TO COMPLAINT, SUBSEQUENT BRIEFING , AND CASE MANAGEMENT CONFERENCE**<br>**\*\*AS MODIFIED BY THE COURT\*\*** |

Having considered the Stipulated Request to Change Time Regarding Responses to Complaint and Subsequent Briefing and all papers on file, and good cause appearing therefore, IT IS HEREBY ORDERED that the Stipulated Motion for Administrative Relief Regarding Responses to Complaint, Subsequent Briefing, and Case Management Conference is GRANTED in its entirety, with the exception that the Initial Case Management Conference is continued rather than vacated.  The Court orders as follows:

　　1.　　Defendant shall have until November 21, 2016 to answer or otherwise respond to Plaintiff's Complaint;

　　2.　　Plaintiff shall have until December 19, 2016 to file papers in opposition to any motion to dismiss or stay;

3. Defendant shall have until January 10, 2017 to file reply papers in further support of any motion to dismiss or stay; and

4. The Initial Case Management Conference currently scheduled for December 1, 2016 is CONTINUED to April 6, 2017 at 11:00 a.m., and the deadline for submission of a Joint Case Management Statement is CONTINUED FROM November 23, 2016 to March 30, 2017.

**IT IS SO ORDRED**.

Dated: November 4, 2016

_____
Honorable Beth Larson Freeman
United States District Judge

[PROPOSED] ORDER GRANTING STIP. REQUEST TO CHANGE TIME RE. RESPONSE TO COMPL., SUBSEQUENT BRIEFING, AND CMC     -2-     CASE NO. 5:16-cv-4261-BLF