UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN GERGETZ,<br><br>    Plaintiff,<br><br>v.<br><br>TELENAV, INC.,<br><br>    Defendant. | Case No. 16-cv-04261-BLF<br><br>**ORDER GRANTING PARTIES' REQUEST TO STAY CASE FOR NINETY DAYS; AND SETTING FURTHER CASE MANAGEMENT CONFERENCE FOR AUGUST 24, 2017** |

Pursuant to the parties' request at the Initial Case Management Conference held April 6, 2017, the case is hereby STAYED for ninety days, through and including July 6, 2017. The stay shall be lifted automatically on July 7, 2017.

A Further Case Management Conference is set for August 24, 2017 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: April 7, 2017

_____
BETH LABSON FREEMAN
United States District Judge