# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NATHAN GERGETZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TELENAV, INC., a Delaware corporation,<br><br>Defendant. | Case No. 16-cv-04261-BLF<br><br>**ORDER TERMINATING PENDING MOTIONS; SETTING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; AND SETTING HEARING FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Re: ECF 24, 61] |

Defendant's motion to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6), and Defendant's motion to strike Plaintiff's supplemental brief, were called for hearing on December 21, 2017. *See* Minute Entry, ECF 63. At the start of the hearing, counsel informed the Court that a settlement has been reached in this action. After colloquy with counsel, the Court set a deadline of March 5, 2018 for Plaintiff to file a motion for preliminary approval of class action settlement. The Court set that motion for hearing on April 26, 2018 at 9:00 a.m.

Accordingly, IT IS HEREBY ORDERED that:

(1) Defendant's pending motions are TERMINATED;

(2) Plaintiff shall file a motion for preliminary approval of class action settlement on or before March 5, 2018; and

(3) A hearing on Plaintiff's motion for preliminary approval of class action settlement is set for April 26, 2018 at 9:00 a.m.

Dated: December 21, 2017

_____
BETH LABSON FREEMAN
United States District Judge