UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN GERGETZ,<br><br>            Plaintiff,<br><br>   v.<br><br>TELENAV, INC.,<br><br>            Defendant. | Case No.  16-cv-04261-BLF<br><br>**ORDER RESETTING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT FROM APRIL 26, 2018 TO APRIL 27, 2018**<br><br>[Re: ECF 65] |

On December 21, 2017, the Court issued an order (ECF 64) directing Plaintiff to file his motion for preliminary approval of class action settlement by March 5, 2018 and setting the motion for hearing on April 26, 2018.  *See* Order, ECF 64.  Subsequently, a conflict arose in the Court's schedule and the April 26 hearing date no longer is available.  Accordingly, Plaintiff's motion for preliminary approval of class action settlement (ECF 65) is hereby RESET for hearing on April 27, 2018 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:  March 7, 2018

_____
BETH LABSON FREEMAN
United States District Judge